**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1314**

_____

In re:  DANIEL HEGGINS,

Petitioner.

_____

On Petition for Writ of Mandamus.  (5:21-hc-02017-FL)

_____

Submitted:  June 24, 2021                                                Decided:  July 1, 2021

_____

Before KEENAN, DIAZ, and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Daniel Heggins, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Heggins petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] Our review of the pending action reveals that Heggins is scheduled to be released from incarceration in the Eastern District of North Carolina on July 19, 2021.